**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LVD Acquisition, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:12-cv-08656 |
| | ) | |
| Oasis Premier, Inc., et al. | ) | Hon. Judge Harry D. Leinenweber |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION AND NOTICE OF DISMISSAL**

Plaintiff LVD Acquisition, LLC and Defendant Oasis Premier, Inc., pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of Defendant Oasis Premier, Inc., with prejudice, subject to the terms of the settlement agreement between these two parties with each party bearing its own costs, expenses and attorneys' fees. Plaintiff LVD Acquisition, LLC additionally voluntarily dismisses Defendant House of Filters, Inc. without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

| | |
|---|---|
| /s/ Kristen A. Cemate | /s/ Daliah Saper |
| Jeffrey S. Standley (*Pro Hac Vice*) | Daliah Saper |
| F. Michael Speed, Jr. (*Pro Hac Vice*) | SAPER LAW OFFICES, LLC |
| STANDLEY LAW GROUP LLP | 505 N. LaSalle, Suite 350 |
| 6300 Riverside Drive | Chicago, Illinois 60654 |
| Dublin, OH 43017 | (312)527-4100 |
| Tel.: 614-792-5555 | IL ARDC NO.: 6283932 |
| Fax: 614-792-5536 | dsaper@saperlaw.com |
| litigation@standleyllp.com | |
| jstandley@standleyllp.com | *Attorneys for Defendant* |
| mspeed@standleyllp.com | *Oasis Premier, Inc.* |

Kristen Ann Cemate, ARDC No. 6299262  Dated: Feb. 22, 2013
Langhenry, Gillen, Lundquist & Johnson, LLC
33 N. Dearborn, Ste. 1650
Chicago, IL 60602
(312) 704-6700
Email: kcemate@lglfirm.com

*Attorneys for Plaintiff*
*LVD Acquisition, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of February, 2013, a true and accurate copy of the foregoing was caused to be filed electronically with the Court using the CM/ECF system, which will send notification of such filing, and which will serve a true and correct copy of this document to all counsel of record. Any counsel or party who does not receive an electronic notification will be served with a paper copy via ordinary U.S. Mail.

                                                                /s/ Kristen A. Cemate
                                                                  Kristen A. Cemate

Kristen A. Cemate, ARDC No. 6299262
**Langhenry, Gillen, Lundquist & Johnson, LLC**
33 N. Dearborn, Suite 1650
Chicago, Illinois 60602
Telephone: 312.704.6700
Facsimile: 312.704.6777
Email:   kcemate@lglfirm.com

Local Counsel for Plaintiff